UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

v.

Case No. 13-cr-21-01-SM

Mohammed Muthalif,
    Defendant

## O R D E R

Defendant Muthalif's Motion to Continue the final pretrial conference and trial to on or after October 22, 2013, is granted (document no. 29). Trial has been rescheduled for the month of November 2013. Defendant Muthalif shall file a waiver of speedy trial rights not later than May 17, 2013. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 25, 2013 at 2:00 p.m.

```
Jury selection will take place on November 13, 2013 at 9:30
a.m.

     SO ORDERED.
```

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

May 10, 2013

cc:   Bjorn Lange, Esq.
      Alfred J.T. Rubega, AUSA
      U.S. Marshal
      U.S. Probation